# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MISTER TWISTER, LLC, | |
| Plaintiff, | Case No.: 1:19-cv-05091 |
| v. | Judge Harry D. Leinenweber |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) on Schedule A, with leave to reinstate within one hundred eighty (180) days if the agreed settlement payment is not received. After one hundred eighty (180) days, the dismissal is with prejudice.

| | |
|---|---|
| 65 | jhkuioygggyijgjbhjb |
| 21 | timi |
| 30 | muxingren |
| 34 | panda88shop |
| 41 | lydtech |
| 76 | yisong |
| 91 | andylike |
| 92 | leila3 |
| 78 | 深圳市汇力成科技有限公司 |
| 79 | zhiyan |
| 82 | fu2016 |
| 146 | footful_mall |
| 174 | jewelleri |
| 177 | jindia |
| 207 | paska2016 |
| 252 | toysmall2017 |
| 270 | xiaokisuntek |
| 14 | DYNWAVE US |

| 55 | arbest |
|---|---|
| 44 | blesiya |
| 20 | fisherszone |
| 43 | daoud |
| 63 | tingyuxuan |
| 80 | stone017 |
| 81 | newlifeshopping |
| 24 | letusgobaby |
| 115 | alpinetopline |
| 120 | beautylady365 |
| 135 | dealsgoing |
| 141 | electronicsstyle |
| 149 | gentoys |
| 168 | importjewelrylover |
| 179 | jsbay88 |
| 197 | modeldeals88 |
| 198 | motorcarshop |
| 199 | motorpartsvalue |
| 204 | notebook.edge |
| 246 | thestylehome |
| 259 | uptogethertek |
| 264 | watchinweb |

DATED: September 20, 2019              Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 20, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt