# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MISTER TWISTER, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-05091

Judge Harry D. Leinenweber

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 81 | newlifeshopping |
| 155 | goture_fishing |
| 248 | tigofly |
| 249 | tigofly2015 |
| 57 | lidongmei9842 |
| 236 | supertrademarketing |

DATED: October 4, 2019

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.

                111 West Jackson Boulevard, Suite 1700
                Chicago, Illinois 60604
                Telephone: 312-675-6079
                E-mail: keith@vogtip.com

                ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 4, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt