# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

MISTER TWISTER, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-05091

Judge Harry D. Leinenweber

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 40 | venkuber |
| 210 | prettystyle208889 |
| 275 | yjfashion88 |
| 187 | liuyan16882 |
| 136 | dearzhi |
| 147 | foreverhighquality |
| 183 | laserseller2012 |
| 162 | homegdshop |
| 166 | i726freesports |
| 216 | robot7700 |
| 217 | romantic-meet |
| 247 | tianyigeltd |
| 111 | accessories_mall |
| 123 | besttrade360 |
| 124 | bettershopping360 |
| 134 | danyehu2009 |
| 151 | globedealmark |
| 161 | healthcare365 |
| 176 | jianjianstore |
| 192 | makeupfactory |

| | |
|---|---|
| 194 | minishopstore |
| 205 | onebuyfrance |
| 227 | sporting_mall |
| 228 | sporting_shop |
| 229 | sports_deal365 |
| 234 | super_deal32 |
| 223 | sunlure |

DATED:  October 17, 2019				Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 17, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

      */s/ Keith A. Vogt*
      Keith A. Vogt