**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MISTER TWISTER, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:19-cv-05091

Judge Harry D. Leinenweber

Magistrate Judge Sunil R. Harjani

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 107 | 7-97755 |
| 108 | 8_47147 |
| 12 | bigvip8018 |
| 138 | drmp-97 |
| 139 | e-suggestion |
| 143 | fashion-store07 |
| 150 | global_village |
| 157 | greenteatime2016 |
| 186 | little.apple2014 |
| 193 | mevtoupf_0 |
| 201 | new-star2018 |
| 209 | planet-venu |
| 219 | sex-plaza2014 |
| 251 | topdollars |
| 253 | trail-blazer21 |
| 254 | trs-seller2012 |

| | |
|:---:|:---:|
| 267 | wkfsz784 |
| 268 | wonderfulbuying36588 |
| 271 | xsyl-52 |
| 87 | flybaba946 |
| 83 | brianali |

DATED:  October 21, 2019            Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 21, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                */s/ Keith A. Vogt*
                                                Keith A. Vogt