■Dear Thomas G. Bruton, Clerk

Please let us file/submit 4 documents

■From
Name : Akane Akatasuka (pinkybluejapan)
email: pinkybluejp@gmail.com
address 504, 11, 7, 2 kamisinjo nakahara-ku Kawasaki-shi kanagawa-ken japan,

■About
Illinois Northern District Court
Judge: Harry D Leinenweber
Case#: 1:19-cv-5091
Name: MISTER TWISTER, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A"
Case Filed: 29 July 2019

■content
3 documents which we had sent to the Plaintiff's Attorney by E-mail by 27.August 2019
1. summons in a civil case
2. the answer from us to defense
3. evidence [Screen Copy of "Ended ebay listing" of pinkybluejapan]

We also share the E-mail communication with the attorney as follows:
4. email

■comment
I live in japan. So I can not go to Illinois Northern District Court.
So I send my answer of this case by airmail
.
if you receive this, please reply us by email or airmail
and please tell me schedule of this case.
My paypal account is restraining by law order, so I am very in trouble

FILED
OCT 11 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT