# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MISTER TWISTER, LLC, | |
| Plaintiff, | Case No.: 1:19-cv-05091 |
| v. | Judge Harry D. Leinenweber |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

## FINAL JUDGMENT ORDER

This action having been commenced by MISTER TWISTER, LLC, a California general partnership ("MISTER TWISTER" or "Plaintiff") against the defendants identified in the attached First Amended Schedule A and using the Defendant Domain Names and Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and MISTER TWISTER having moved for entry of Default and Default Judgment against the defendants identified in the First Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by MISTER TWISTER, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

MISTER TWISTER having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. "In the context of cases like this one, that means a plaintiff must show that each defendant is actually operating an interactive website that is accessible in Illinois and that each defendant has aimed such site at Illinois by standing ready, willing and able to ship its counterfeit goods to customers in Illinois in particular (or otherwise has some sufficient voluntary contacts with the state)." *Am. Bridal & Prom Indus. Ass'n v. P'ships & Unincorporated Ass'ns Identified on Schedule A*, 192 F.Supp.3d 924, 934 (N.D. Ill. 2016). In this case, Plaintiff has presented screenshot evidence that each Defendant Internet Store is reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet Stores through which Illinois residents can and do purchase products using counterfeit versions of Plaintiff's Trademarks. *See* Docket No. 11 which includes screenshot evidence confirming that each Defendant Internet Store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the CURLY TAIL Trademarks, U.S. Trademark Registration Nos. 5,031,619; 5,031,620, and 5,031,621.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the CURLY TAIL Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine MISTER TWISTER Product or not authorized by MISTER TWISTER to be sold in connection with the CURLY TAIL Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine CURLY TAIL Product or any other product produced by MISTER TWISTER, that is not Plaintiff's or not produced under the authorization, control or supervision of MISTER TWISTER and approved by MISTER TWISTER for sale under the CURLY TAIL Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of MISTER TWISTER, or are sponsored by, approved by, or otherwise connected with MISTER TWISTER;

   d. further infringing the CURLY TAIL Trademarks and damaging Plaintiff's goodwill;

   e. otherwise competing unfairly with MISTER TWISTER in any manner;

  f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for MISTER TWISTER, nor authorized by MISTER TWISTER to be sold or offered for sale, and which bear any of the CURLY TAIL Trademarks or any reproductions, counterfeit copies or colorable imitations thereof;

  g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products; and

  h. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defaulting Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the CURLY TAIL Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine MISTER TWISTER Product or not authorized by MISTER TWISTER to be sold in connection with the CURLY TAIL Trademarks.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Plaintiff's choosing:

  a. permanently transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

    b. cancel the registrations for the Defendant Domain Names and make them inactive.

3. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as Alibaba Group Holding Ltd., Alipay.com Co., Ltd. and any related Alibaba entities (collectively, "Alibaba"), social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the CURLY TAIL Trademarks, including any accounts associated with the Defaulting Defendants listed on First Amended Schedule A attached hereto;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the CURLY TAIL Trademarks; and

    c. take all steps necessary to prevent links to the Defendant Domain Names identified on First Amended Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

4. Pursuant to 15 U.S.C. § 1117(c)(2), MISTER TWISTER is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000.00) for willful use of counterfeit CURLY TAIL Trademarks on products sold through at least the Defendant Internet Stores.

5. Western Union shall, within two (2) business days of receipt of this Order, permanently block any Western Union money transfers and funds from being received by the Defaulting Defendants identified on First Amended Schedule A.

6. PayPal, Inc. ("PayPal"), ContextLogic, Inc. ("WISH"), eBay, Inc. ("eBay") and Amazon Payments, Inc. ("Amazon"), shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified on First Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by eBay, PayPal, WISH and Amazon, are hereby released to MISTER TWISTER as partial payment of the above-identified damages, and eBay, PayPal, WISH and Amazon is ordered to release to MISTER TWISTER the amounts from Defaulting Defendants' eBay, PayPal, WISH and Amazon accounts within ten (10) business days of receipt of this Order.

8. Until MISTER TWISTER has recovered full payment of monies owed to it by any Defaulting Defendant, MISTER TWISTER shall have the ongoing authority to serve this Order on eBay, PayPal, WISH and Amazon in the event that any new eBay, PayPal, WISH and Amazon accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, eBay, PayPal, WISH and Amazon shall within two (2) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any eBay, PayPal, WISH and Amazon accounts;

    b. Restrain and enjoin such accounts or funds that are Asia based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' eBay, PayPal, WISH and Amazon accounts to MISTER TWISTER as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

d. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller IDs shall disable and/or cease facilitating access to the Seller IDs, including any other alias seller identification names being used and/or controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiffs CURLY TAIL Trademarks.

9. Until MISTER TWISTER has recovered full payment of monies owed to it by any Defaulting Defendant, MISTER TWISTER shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within two (2) business days:

   a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

   b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. Release all monies restrained in Defaulting Defendants' financial accounts to MISTER TWISTER as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

   d. Upon Plaintiff's request, the Internet marketplace website operators and/or administrators for the Seller IDs shall disable and/or cease facilitating access to the Seller IDs, including any other alias seller identification names being used and/or

controlled by Defendants to engage in the business of marketing, offering to sell, and/or selling goods bearing and/or using counterfeits and infringements of Plaintiff's CURLY TAIL Trademarks.

10. In the event that MISTER TWISTER identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, MISTER TWISTER may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 2 to the Declaration of Chuck Byrd and any e-mail addresses provided for Defaulting Defendants by third parties.

11. The bond posted by Plaintiff in the amount of $10,000.00 is hereby ordered released by the Clerk to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.

Dated: 10/29/19

_____
United States District Court Judge

**FIRST AMENDED SCHEDULE A**

| No. | DEFENDANTS |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | Fukaj Store |
| 5 | |
| 6 | |
| 7 | |
| 8 | Seanlure |
| 9 | SKFZ Co.,Ltd. |
| 10 | |
| 11 | |
| 12 | |
| 13 | Island Market Express |
| 14 | |
| 15 | |
| 16 | kathy Store INC |
| 17 | an hui fu si te Fishing gear Limited company |
| 18 | DiyItem |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | pandavivi |
| 24 | |
| 25 | |
| 26 | tourque |
| 27 | wujianeng |
| 28 | |
| 29 | zhangyuchen |
| 30 | |
| 31 | yuzhonghua |
| 32 | |
| 33 | qualyqualycoltde30a481a985211e6bb08064c7986db28 |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |

| 39 | 41cdused |
| 40 | |
| 41 | |
| 42 | bluewater |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | shishi1987 |
| 49 | |
| 50 | |
| 51 | suodesfashionstore |
| 52 | jiewangcompany |
| 53 | |
| 54 | wangzhanju |
| 55 | |
| 56 | gouniandafa |
| 57 | |
| 58 | |
| 59 | |
| 60 | kang0629958 |
| 61 | faeriebeauty |
| 62 | |
| 63 | |
| 64 | liumeilinggy |
| 65 | |
| 66 | |
| 67 | |
| 68 | fuqinxiu |
| 69 | gatgahealthmoxibustionbox |
| 70 | caijinming |
| 71 | |
| 72 | leiyina1991 |
| 73 | |
| 74 | |
| 75 | |
| 76 | |
| 77 | |
| 78 | |

| | |
|---|---|
| 79 | |
| 80 | |
| 81 | |
| 82 | |
| 83 | |
| 84 | |
| 85 | |
| 86 | |
| 87 | |
| 88 | |
| 89 | |
| 90 | |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | kingdomofficiallurefishingtacklestore |
| 96 | |
| 97 | siyueyuanshi |
| 98 | *luxe_life* |
| 99 | |
| 100 | |
| 101 | |
| 102 | 26justeasybuy |
| 103 | |
| 104 | |
| 105 | |
| 106 | |
| 107 | |
| 108 | |
| 109 | |
| 110 | |
| 111 | |
| 112 | allez-glamour |
| 113 | allidealhere2011 |
| 114 | |
| 115 | |
| 116 | |
| 117 | apw94yankee |
| 118 | |

| | |
|---|---|
| 119 | auwoodfashion |
| 120 | |
| 121 | |
| 122 | bestsmartshop20069 |
| 123 | |
| 124 | |
| 125 | beyoutiful_dealz |
| 126 | |
| 127 | |
| 128 | blitz-versand24 |
| 129 | |
| 130 | captainstack |
| 131 | chaoyijin |
| 132 | |
| 133 | damen*modern |
| 134 | |
| 135 | |
| 136 | |
| 137 | |
| 138 | |
| 139 | |
| 140 | |
| 141 | |
| 142 | fashion-girlee |
| 143 | |
| 144 | |
| 145 | fishin_addict_lures |
| 146 | |
| 147 | |
| 148 | |
| 149 | |
| 150 | |
| 151 | |
| 152 | gofishing18 |
| 153 | goldenlotus1847 |
| 154 | |
| 155 | |
| 156 | |
| 157 | |
| 158 | |

| | |
|---|---|
| 159 | |
| 160 | happymall2013 |
| 161 | |
| 162 | |
| 163 | hongqiu129 |
| 164 | hotredchocolate |
| 165 | hotwavedeals1 |
| 166 | |
| 167 | |
| 168 | |
| 169 | |
| 170 | inzashop4 |
| 171 | ishmaelsfishingtackle2018 |
| 172 | itemsforeveryone2018 |
| 173 | japanawesome |
| 174 | |
| 175 | |
| 176 | |
| 177 | |
| 178 | |
| 179 | |
| 180 | |
| 181 | karerfashion123 |
| 182 | |
| 183 | |
| 184 | |
| 185 | lihjui20 |
| 186 | |
| 187 | |
| 188 | |
| 189 | |
| 190 | m-fishing |
| 191 | |
| 192 | |
| 193 | |
| 194 | |
| 195 | |
| 196 | mnretail |
| 197 | |
| 198 | |

| | |
|---|---|
| 199 | |
| 200 | naokikageyama02 |
| 201 | |
| 202 | |
| 203 | nicesumer |
| 204 | |
| 205 | |
| 206 | |
| 207 | |
| 208 | |
| 209 | |
| 210 | |
| 211 | |
| 212 | |
| 213 | qualy_qualy |
| 214 | reinedesoi |
| 215 | |
| 216 | |
| 217 | |
| 218 | |
| 219 | |
| 220 | |
| 221 | |
| 222 | shimreels |
| 223 | sinotech2016 |
| 224 | small-sellers |
| 225 | |
| 226 | sportfamily |
| 227 | |
| 228 | |
| 229 | |
| 230 | |
| 231 | |
| 232 | |
| 233 | |
| 234 | |
| 235 | |
| 236 | |
| 237 | sweetmarket169 |
| 238 | |

| | |
|---|---|
| 239 | swellfish01-1 |
| 240 | tacklereef |
| 241 | tadasleni |
| 242 | techartinternational |
| 243 | |
| 244 | |
| 245 | thest-27 |
| 246 | |
| 247 | |
| 248 | |
| 249 | |
| 250 | top_deal_today |
| 251 | |
| 252 | |
| 253 | |
| 254 | |
| 255 | |
| 256 | |
| 257 | ua-lures |
| 258 | uniqueitemsshop |
| 259 | |
| 260 | |
| 261 | villon1992 |
| 262 | vintepa |
| 263 | vr2shop |
| 264 | |
| 265 | whitehkboard |
| 266 | wintermarket |
| 267 | |
| 268 | |
| 269 | |
| 270 | |
| 271 | |
| 272 | |
| 273 | yichengmall2014 |
| 274 | yingniao01 |
| 275 | |
| 276 | yuhongluo28 |
| 277 | |
| 278 | |

| 279 | ██████████████████ |
|-----|--------------------|
| 280 | top1-in            |