## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MISTER TWISTER, LLC,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:19-cv-05091

Judge Harry D. Leinenweber

Magistrate Judge Sunil R. Harjani

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 9 | SKFZ Co.,Ltd. |
| 33 | qualyqualycoltde30a481a985211e6bb08064c7986db28 |
| 131 | chaoyijin |
| 154 | good_item7 |
| 175 | jianjian2015 |
| 182 | lalang_accessory_supply |
| 221 | shan901 |
| 232 | sun-jewellry |
| 188 | lots_beauty |
| 22 | francewispun2internationallimited |
| 119 | auwoodfashion |
| 160 | happymall2013 |
| 273 | yichengmall2014 |
| 93 | redyan |

DATED:  November 5, 2019   Respectfully submitted,

            */s/ Keith A. Vogt*
            Keith A. Vogt (Bar No. 6207971)
            Keith Vogt, Ltd.
            111 West Jackson Boulevard, Suite 1700
            Chicago, Illinois 60604
            Telephone: 312-675-6079
            E-mail: keith@vogtip.com

            ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 5, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                            */s/ Keith A. Vogt*
                            Keith A. Vogt