IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MISTER TWISTER, LLC, | Case No.: 1:19-cv-05091 |
| Plaintiff, | |
| v. | Judge Harry D. Leinenweber |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Sunil R. Harjani |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 95 | kingdomofficiallurefishingtacklestore |
| 96 | fishinganglerstore |
| 181 | karerfashion123 |
| 99 | 10happyendonline |
| 103 | 2ndheaven2013 |
| 104 | 6godwater |
| 110 | 9enjoyshopping |
| 148 | friendshops852 |
| 202 | niceol |
| 212 | qualityzoneonline |
| 238 | sweetsale07 |
| 272 | yesfor2013 |

DATED: November 18, 2019          Respectfully submitted,

*/s/ Keith A. Vogt*

        Keith A. Vogt (Bar No. 6207971)
        Keith Vogt, Ltd.
        111 West Jackson Boulevard, Suite 1700
        Chicago, Illinois 60604
        Telephone: 312-675-6079
        E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 18, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

        */s/ Keith A. Vogt*
        Keith A. Vogt