**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

'

MISTER TWISTER, LLC,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:19-cv-05091

Judge Harry D. Leinenweber

Magistrate Judge Sunil R. Harjani

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on October 29, 2019 [44] in favor
of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge
payment of an agreed upon damages amount, costs, and interest and desires to release this
judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|-----|-----------|
| 29  | zhangyuchen |

THEREFORE, full and complete satisfaction of said judgment as to above identified
Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed
to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: December 11, 2019

Respectfully submitted,

Yanling Jiang (Bar No. 6309336)
JiangIP LLC
111 West Jackson BLVD STE 1700
Chicago, IL 60604
Telephone: 312-675-6297
Email: yanling@jiangip.com
***ATTORNEY FOR PLAINTIFF***

Subscribed and sworn before me by Yanling Jiang, on this <u>11th</u> day of December, 2019.

Given under by hand and notarial seal.

MICHAEL SEVERT
Official Seal
Notary Public - State of Illinois
My Commission Expires Sep 11, 2023

Michael Severt

Notary Public

State of _____ ILLinoiS _____

County of _____ CooK _____